**Michael Scott BUTLER,**
**Plaintiff–Appellant,**

v.

**Alejandro MUNOZ, M.D.; Alexander Kalmanov, M.D.; Anne Escolera, R.N.; NFN Ore, M.D.; Catherine Bennett, R.N.; Owen Murray, Associate Medical Director; Cleofe Palma, Sergeant; Harry Edwards, Health Administrator; John Cole, Jr., Sergeant; Eric Morgan, Sergeant; NFN Humphrey, Correctional Officer; Erik Price, Correctional Officer; Robert Treon, Warden, Allred Unit; Kenneth Bright, Major; Tina L. Carroll, Grievance Investigator II; Correctional Health Service, Defendants–Appellees.**

No. 03–11002.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided June 21, 2004.

Michael Scott Butler, Iowa Park, TX, pro se.

Timothy J. Flocos, Austin, TX, for Defendants–Appellees.

Before JOLLY, WIENER, and PICKERING, Circuit Judges.

PER CURIAM:*

Michael Scott Butler, Texas prisoner #574009, appeals the FED.R.CIV.P. 11 dismissal with prejudice of his 42 U.S.C. § 1983 complaint for providing false information concerning his litigation history. We hold that the district court's choice of sanction "exceed[ed] the bounds of discretion" of Fifth Circuit jurisprudence. *See Mendoza v. Lynaugh,* 989 F.2d 191, 195–97 (5th Cir.1993); *cf. Mayfield v. Klevenhagen,* 941 F.2d 346, 348 (5th Cir.1991). The district court must impose the least severe sanction adequate. *Mendoza,* 989 F.2d at 197. The judgment of dismissal is therefore VACATED and the case REMANDED for imposition of a less onerous sanction.

VACATED AND REMANDED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.